IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY RAY UPTAIN, # 183276, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1051-WKW (WO) |
| | ) |
| ARNOLD HALT, *Warden*, et al., | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 33), and upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED, that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. # 1) is DENIED, and that the case is DISMISSED without prejudice. An appropriate judgment will be entered.

DONE this 26th day of February, 2009.

                                                           /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE